UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE HOWZE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDC & R, et al.,<br><br>　　　　Defendants. | No.  2:14-cv-2069 GEB CKD P<br><br><br>ORDER |

Plaintiff has requested a second extension of time to file oppositions to defendants' motion to dismiss (ECF No. 22) and motion for summary judgment (ECF No. 23).  (ECF Nos. 28, 29.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's second request for an extension of time (ECF No. 29) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file oppositions to defendants' motion to dismiss and motion for summary judgment;

3. Plaintiff's earlier request for extension of time (ECF No. 28) is denied as moot; and

4. Plaintiff's motion for ruling on request for documents (ECF No. 27) is denied.

Dated:  January 26, 2015

　　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2 / hard2371.36