UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE HOWZE, | No. 2:14-cv-2069 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| CDC & R, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed an opposition to defendants' Rule 12(b)(6) motion to dismiss (ECF No. 31), but has not filed an opposition to defendant's motion for summary judgment for failure to exhaust administrative remedies (see ECF No. 32 at 1).

Plaintiff has filed a "Motion under Local Rule 144" seeking a thirty-day extension of time to oppose summary judgment. (ECF No. 34.) Good cause appearing, this request will be granted.

Plaintiff has also filed a "Motion under Rule 15 of the F.RC.P." seeking to supplement his previously-filed opposition with an attached declaration. (ECF Nos. 35 & 36.) The court will grant this motion; however, as no further briefing on the motion to dismiss is necessary, the court will not consider future supplements.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff's March 4, 2015 motion (ECF No. 34) is granted;

2. Plaintiff is granted thirty days from the date of this order to file an opposition to

1

defendants' motion for summary judgment;

    3. The Clerk of Court shall amend the docket to reflect that ECF No. 31 is an opposition to defendants' motion to dismiss only; and

    4. Plaintiff's March 17, 2015 motion (ECF No. 35) is granted.

Dated: April 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / howz2069.36_2