1

2

3

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF CALIFORNIA

6

7   JOHNNY LEE HOWZE,                  No. 2:14-cv-02069-GEB-CKD

8              Plaintiff,

9       v.                            **ORDER**

10  T. BUTLER, E. GROUT, and A.
    OROZCO,

11
               Defendants.

12

13

14          Plaintiff, a state prisoner proceeding pro se, filed

15  this civil rights action seeking relief under 42 U.S.C. § 1983,

16  alleging Defendants violated the Eighth Amendment to the United

17  States Constitution by failing to assign him single-cell status

18  contrary to a medical recommendation.

19          Defendants move for summary judgment on the ground that

20  Plaintiff failed to exhaust his administrative remedies as

21  required under the Prison Litigation Reform Act ("PLRA"). (Defs.'

22  Mem. P.&A. ISO Mot. Summ. J. ("MSJ"), ECF No. 23-1.) Defendants

23  also move to dismiss Plaintiff's Complaint under Federal Rule of

24  Civil Procedure 12(b)(6) for failing to "allege facts supporting

25  the subjective component of his Eighth Amendment claim." (Mem.

26  P.&A. ISO Mot. Dismiss 6:9-11, ECF No. 22-1.)

27          The matter was referred to a United States Magistrate

28  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On

1

1   July 9, 2015, the Magistrate Judge filed findings and

2   recommendations ("F&Rs"), which were served on all parties, and

3   which contain notice to the parties that any objections to the

4   findings and recommendations were to be filed within fourteen

5   days. (ECF No. 43.) Plaintiff filed objections to the findings

6   and recommendations, and Defendants filed a reply to Plaintiff's

7   objections. (ECF Nos. 46, 47.)

8         The Magistrate Judge recommended in the F&Rs that the

9   complaint be dismissed with prejudice, concluding it is

10   duplicative of an action Plaintiff filed in the Central District

11   of California, Howze v. CDCR, *et al.*, Case No. 2:14-cv-04067-SVW-

12   RAO. (F&Rs 1:26-28, 2:24-25.) Therefore, the Magistrate Judge did

13   not reach the merits of either of Defendants' pending motions.

14   Although Plaintiff alleges in both cases that the Eighth

15   Amendment was violated by correctional officials' failure to

16   assign him single-cell status, the two cases concern Plaintiff's

17   incarceration at different correctional facilities and are made

18   against different individual defendants. The Central District

19   case concerns Plaintiff's incarceration at the California Men's

20   Colony-East in San Luis Obispo, whereas this case concerns

21   Plaintiff's incarceration at Folsom State Prison. (See Compl.,

22   ECF No. 1; Compl. in Central District Case No. 2:14-cv-04067-

23   SVW-RAO, ECF No. 1-1.) Therefore, the undersigned judge rejects

24   the F&Rs and refers the matter back to the Magistrate Judge.

25   Dated: September 3, 2015

26

27

28   _____
    GARLAND E. BURRELL, JR.
    Senior United States District Judge

2